MYRA E. HARRIS, Respondent, *v.* ESTHER MOSKOWITZ, Appellant.

(Argued January 24, 1933; decided February 28, 1933.)

*Nellie Childs Smith* and *John D. Lyons* for appellant.
*William G. Costa* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.